IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES STRANGE, on behalf of　　　　　　　　　　　　　　　　　　PLAINTIFF
Jennifer Johnson, deceased

v.　　　　　　　　　NO. 4:24-cv-00309-PSH

MARTIN O'MALLEY, Commissioner　　　　　　　　　　　　　　　DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendant Martin O'Malley, Commissioner of the Social Security Administration.

IT IS SO ORDERED this 15th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE